AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Casper, Denise J. | U.S. District Court for District of MA | 05/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Honorary Trustee | Big Sister Association of Greater Boston, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Thermo Fisher Scientific - salary including cash, stock and options |
| 2. | 2012 | Zimmer Holdings, Inc. - Board of Directors fees including cash and stock |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | P1 | T | | | | | |
| 2. Fidelity Investments Accounts | B | Interest | P2 | T | | | | | |
| 3. Alere Common Stock (ALR) | A | Dividend | K | T | | | | | |
| 4. Bayer AG (ADR) Common Stock | C | Dividend | L | T | | | | | |
| 5. Thermo Fisher Scientific Common Stock (TMO). See Notes | G | Dividend | P2 | T | Sold (part) | 2/15/12 | L | E | |
| 6. | | | | | Sold (part) | 3/5/12 | P2 | H1 | |
| 7. | | | | | Sold (part) | 3/8/12 | P2 | H1 | |
| 8. | | | | | Sold (part) | 11/1/12 | P2 | H1 | |
| 9. | | | | | Sold (part) | 12/11/12 | P2 | H1 | |
| 10. | | | | | Donated (part) | | | | |
| 11. Thermo Fisher Scientific Stock Options | | None | P2 | T | | 3/5/12 | P1 | A | |
| 12. | | | | | | 3/8/12 | P1 | A | |
| 13. | | | | | | 11/1/12 | P2 | A | |
| 14. | | | | | | 12/11/12 | P2 | A | |
| 15. Thermo Fisher Scientific Restricted Stock Units | | None | P3 | T | | | | | |
| 16. Vanguard Tax Free Money Market Fund | A | Dividend | O | T | | | | | |
| 17. Charles Schwab Money Market Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iBoxx High Yield Corp Bond Fund (HYG) | A | Dividend | K | T | | | | | |
| 19. Vanguard Short Term Bond ETF | A | Dividend | J | T | | | | | |
| 20. Dodge & Cox Intl Stock Mutual Fund (DODFX) | A | Dividend | J | T | | | | | |
| 21. Bain Capital Fund VIII Limited Partnership | A | Int./Div. | N | W | | | | | |
| 22. Bain Capital AIV Lowes II Limited Partnership | A | Int./Div. | J | W | | | | | |
| 23. Bain Capital Tru VIII Limited Partnershp | A | Int./Div. | K | W | | | | | |
| 24. Bain Capital VII Limited Partnership | A | Int./Div. | L | W | | | | | |
| 25. Bain Capital VI Limited Partnership | A | Int./Div. | J | W | | | | | |
| 26. Bain Venture Fund 2001 Limited Partnership | A | Int./Div. | K | W | | | | | |
| 27. Water Street Healthcare Partners limited partnership | C | Dividend | P1 | W | | | | | |
| 28. Water Street Healthcare Partners II limited partnership | B | Dividend | N | W | | | | | |
| 29. TPG FOF Funds | D | Dividend | O | W | | | | | |
| 30. Special Opportunities Fund III limited partnership | A | Dividend | O | W | | | | | |
| 31. Special Opportunities Fund IV limited partnership | D | Dividend | N | T | | | | | |
| 32. GS Hedge Fund Opportunities 2007 Limited Partnership | B | Dividend | N | T | | | | | |
| 33. Vontobel Non US Equity LLC | E | Dividend | N | W | | | | | |
| 34. AFF Co-Invest, LP | A | Dividend | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Charlesbank Equity Coinvest | B | Dividend | M | W | | | | | |
| 36. | Pine Cobble Capital limited partnership | A | Dividend | O | W | | | | | |
| 37. | Esplanade Capital limited partnership | B | Dividend | | | Redeemed | 7/1/12 | N | A | |
| 38. | Zimmer Holdings Phantom Stock Units | B | Dividend | N | T | | | | | |
| 39. | Zimmer Holdings Restricted Stock Units | A | Dividend | O | T | | | | | |
| 40. | Goldman Sachs Money Market Account | A | Interest | N | T | | | | | |
| 41. | Trust #1 assets listed with -- below | | | | | | | | | |
| 42. | --GS Investment Grade Credit Fund A | B | Dividend | K | T | | | | | |
| 43. | --GS Short Duration T/F Mutual Fund Class A | B | Dividend | M | T | | | | | |
| 44. | --Standard and Poors 500 Depository Receipts Mutual Fund | B | Dividend | L | T | | | | | |
| 45. | --GS Emerging Markets Equity Fund GEMIX | A | Dividend | K | T | | | | | |
| 46. | --Euro Stoxx 50 FD ETF | B | Dividend | K | T | Buy | 5/25/12 | K | | |
| 47. | --GS Financial Sq. Federal Funds Mutual Fund | A | Interest | M | T | Buy | 5/25/12 | M | | |
| 48. | Mass Water Pollution Rev 5.5% 8/1/12 Bond | A | Interest | | | Matured | 8/11/12 | J | A | |
| 49. | Trust #2 assets listed with -- below | | | | | | | | | |
| 50. | --Thermo Fisher Scientific Common Stock (TMO) (X) | E | Dividend | P1 | | | | | | |
| 51. | Cook Cty GO 5.00% Bond | C | Interest | | | Matured | 12/1/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. City of Boston GO 5% 1/1/13 bond | C | Interest | L | T | | | | | |
| 53. Pittsfield MA GO 5.5% 4/15/14 bond | D | Interest | | | Sold | 4/15/12 | M | A | |
| 54. Vanguard ST Bond ETF (BSV) | B | Dividend | L | T | | | | | |
| 55. Comcast Convertible Bond | B | Interest | K | T | | | | | |
| 56. Exxon Mobil Common Stock (XOM) | A | Dividend | K | T | | | | | |
| 57. People's United Common Stock (PBCT) | B | Dividend | K | T | | | | | |
| 58. SPDR S&P Bank ETF (KBE) | B | Dividend | L | T | | | | | |
| 59. U.S. Savings Bonds | B | Interest | K | W | | | | | |
| 60. PIMCO Total Return Institutional (PTTRX) | A | Dividend | O | T | | | | | |
| 61. Dodge & Cox Stock Fund (DODGX) | A | Dividend | M | T | | | | | |
| 62. SSGA S&P 500 Index Mutual Fund | A | Dividend | M | T | | | | | |
| 63. T Rowe Price Growth Fund | A | Dividend | M | T | | | | | |
| 64. Vanguard Mid Cap Index Fund (VMCIX) | A | Dividend | M | T | | | | | |
| 65. Jennison Small Cap Growth Fund | A | Dividend | N | T | | | | | |
| 66. Dodge & Cox Intl Stock Fund (DODFX) | A | Dividend | N | T | | | | | |
| 67. District of Columbia GO 5% 6/1/14 bond | C | Interest | L | T | | | | | |
| 68. Comm of Mass Gen Oblig Ref BDS 1 /1/12 bond | E | Interest | | | Matured | 1/1/12 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PA St. GO 5% 5/15/15 bond | C | Interest | M | T | | | | | |
| 70. Mass Bay transportation Auth Rev 5.2500% 7/1/15 bond | D | Interest | M | T | | | | | |
| 71. Mass IB 5.375% 1/1/16 bond | D | Interest | M | T | | | | | |
| 72. Lone Star College System Rev Bond 5.0000% 8/15/16 | D | Interest | M | T | | | | | |
| 73. Univ Mass Bldg Aut Proj Rev 5/25% 11/1/26 bond | D | Interest | M | T | | | | | |
| 74. Mass Water Re Authority 5.25% 8/1/17 bond | D | Interest | M | T | | | | | |
| 75. Seattle WA Rev 5% 2/1/18 bond | D | Interest | M | T | | | | | |
| 76. NJ Trans TR FD Auth Rev 5% 12/15/18 bond | C | Interest | L | T | | | | | |
| 77. Chicago, IL GO 5% 12/1/19 Bond | C | Interest | M | T | | | | | |
| 78. Kansas Dept of Trans Rev 5% 9/1/22 bond | D | Interest | M | T | | | | | |
| 79. Detroit MI Sch Dist GO 5.375% 5/1/24 bond | D | Interest | M | T | | | | | |
| 80. Goldman Sachs Linked to S&P 500 | | None | M | T | | | | | |
| 81. GS 1% 10/20/2014 Linked 10 yr notes-bond | A | Interest | L | T | | | | | |
| 82. Mass GO 5% 8/1/14 Bond | C | Interest | M | T | | | | | |
| 83. TD Bank account | | None | K | T | | | | | |
| 84. Mass GO 5% 8/1/16 Bond | D | Interest | M | T | Buy | 8/1/12 | M | | |
| 85. Univ Mass Bld 5% 11/1/16 Bond | D | Interest | M | T | Buy | 11/1/12 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Casper, Denise J. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Harris Cty 6% 9/1/15 Bond | D | Interest | M | T | Buy | 9/1/12 | M | | |
| 87. Abilene TX 5% 2/15/22 Bond | D | Interest | M | T | Buy | 2/15/12 | M | | |
| 88. Mesa AZ St. & Hwy. 5.5% 7/1/15 Bond | D | Interest | M | T | Buy | 7/1/12 | M | | |
| 89. Mass GO 5.5% 11/1/15 Bond | D | Interest | M | T | Buy | 11/1/12 | M | | |
| 90. Mass School 5% 10/15/17 Bond | D | Interest | M | T | Buy | 10/15/12 | M | | |
| 91. Univ. Wash. 5% 4/1/19 Bond | C | Interest | M | T | Buy | 4/1/12 | M | | |
| 92. Aston River Small Cap Value Fund (ARSVX) | A | Dividend | K | T | Buy | 9/5/12 | K | | |
| 93. Credit Suisse Commodity Return Strategy Fund (CRSOX)) | A | Distribution | K | T | Buy | 9/5/12 | K | | |
| 94. Driehaus Emerging Markets Growth Fund (DREGX) | A | Dividend | J | T | Buy | 9/5/12 | J | | |
| 95. IQ Alpha Hedge Strategy Fund (IQHIX) | A | Dividend | J | T | Buy | 9/5/12 | J | | |
| 96. Oakmark Select Fund (OAKLX) | A | Dividend | J | T | Buy | 9/5/12 | J | | |
| 97. Citibank Bank Account | A | Interest | K | T | Open | 4/15/12 | K | | |
| 98. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Casper, Denise J.** | 05/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: ⬚ received in kind compensation which increased the holdings of assets listed on lines 5, 11, 38.

Part VII: Thermo Fisher Scientific Stock Option transactions listed in lines 11-14 are exercise of stock options. Thermo Fisher Scientific Common Stock received upon exercise was sold as reported in lines 6-9.

Part VII: Holding listed on line 43 combines holdings listed on lines 39 and 42 of 2011 report.

Part VII: Thermo Fisher Scientific Common Stock listed on line 50 was received by Trust #2 ⬚

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denise J. Casper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544